Michael H. Delbick (State Bar No. 139200)
Paul A. Levin (State Bar No.: 229077)
Dana J. Clausen (State Bar No.: 223212)
MORTGAGE RECOVERY LAW GROUP LLP
700 N. Brand Blvd., Suite 830
Glendale, CA 91203
Tel.: (818) 630-7900 ♦ Fax: (818) 630-7920
 michael.delbick@mortgagerecoveries.com
 paul.levin@mortgagerecoveries.com
 dana.clausen@mortgagerecoveries.com

Maurice Wainer (State Bar No. 121678)
SNIPPER, WAINER & MARKOFF
270 N. Canon Drive, Penthouse
Beverly Hills, CA  90210
Tel.: (310) 550-5770 ♦ Fax: (310) 550-6770
 mrwainer@swmfirm.com

Attorney for Plaintiff
Federal Deposit Insurance Corporation as Receiver for BankUnited, F.S.B.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for BANKUNITED, F.S.B.,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES EDWARD HEYWARD, an individual d/b/a EFFORT APPRAISAL GROUP, type of entity unknown, JAMES SCHUSTER, an individual and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. SACV12-00786 JGB (JPRx)<br><br>**ORDER FOR DISMISSAL OF ACTION** |

1

1       Based upon the Stipulation for Dismissal of Action with the Court Retaining Jurisdiction entered into between plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for BANK UNITED F.S.B. ("FDIC"), and defendants JAMES EDWARD HEYWARD, individual d/b/a EFFORT APPRAISAL GROUP, and JAMES SCHUSTER, an individual, it is hereby ordered that:

      1.    This action is dismissed with prejudice.

      IT IS SO ORDERED.

DATED: October 15, 2013

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE